UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> ) <br> Thomas D. Robertson      ) <br> ) <br> ) <br> TO BE ADMITTED TO THE UNITED STATES ) <br> DISTRICT COURT FOR THE NORTHERN ) <br> DISTRICT OF NEW YORK ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, ___Thomas D. Robertson___ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
Flora, et al. v. Robertshaw Controls Company, et al., 3:12-cv-405 (GTS/DEP)                    .

IT IS SO ORDERED

Dated : ___05/03/2012___

_____
David E. Peebles
U.S. Magistrate Judge